UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARGARET VELEZ AGUILAR | : |
| Plaintiff | : CIVIL ACTION: 2:21-cv-13747-ES-JSA |
| v. | : |
| RAGAN & RAGAN, P.C. et al | : ORDER FOR DISMISSAL |
| Defendants, | : **CLOSED** |

It appearing that the above captioned matter having been pending for more than 90 days without any proceedings having been taken therein,

IT IS ON THIS  2nd  day of  December 2021,

O R D E R E D that the above case is hereby dismissed, pursuant to Local Rule 41.1(a), without prejudice and without costs.

s/Esther Salas
ESTHER SALAS, U.S.D.J.