**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARGARET VELEZ-AGUILAR, | Civil Case No.: 2:21-cv-13747 |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| -against- | |
| RAGAN & RAGAN, P.C., and FIRST PORTFOLIO VENTURES I, LLC | |
| Defendant. | |

**PLEASE TAKE NOTICE** that the Plaintiff through his attorney, Joseph K, Jones, Esq., pursuant to Rule 41 of the Federal Rules of Civil Procedure, does hereby withdraw his action with prejudice against RAGAN & RAGAN, P.C., and FIRST PORTFOLIO VENTURES I, LLC, This Court will retain jurisdiction for the purpose of enforcing the terms of the settlement agreement of the parties.

Dated: February 1, 2022

/s/ Joseph K. Jones

Joseph K. Jones, Esq.
JONES, CHULSKY & KESSLER, LLC
330 Mounts Corner Drive, Suite 417
Freehold, NJ 07728
Phone: (877) 827-3395
Fax: (877) 827-3394

*Attorneys for Plaintiff*

**SO ORDERED.**

Hon. Esther Salas, U.S.D.J.
Dated: February 2, 2022